**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN 135059
1318 "K" Street
Bakersfield, CA 93301
Tel.: (661) 326-0857
Fax: (661)326-0936
www.lawtorres.com

Attorney for Defendant
**LOGAN AUGUST**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:17-CR-00087 LJO-SKO |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S SENTENCING** |
| | ) | **MEMORANDUM** |
| vs. | ) | |
| | ) | |
| LOGAN AUGUST, | ) | |
| | ) | |
| Defendant. | ) | |
| —————————————————— | ) | |

TO: THE CLERK OF THE EASTERN DISTRICT COURT, THE HONORABLE LAWRENCE

J. O'NEILL, ANGELA SCOTT, ASSISTANT UNITED STATES ATTORNEY AND MEGAN

PASCUAL, UNITED STATES PROBATION OFFICER:

**CERTIFICATION:** This Sentencing Memorandum was timely filed.

**TABLE OF CONTENTS**

I.   CASE STATUS…………………………………………………..……………….3

II.  DEFENSE SENTENCING REQUEST…………………………………..……………3

III. LOGAN AUGUST ACKONWLEDGEMENT OF GUILT……………….…..………..4

     a.   Acceptance of Responsibility………...…………………………………..……….4

     b.   Confession…………………………..……………………………………………5

IV. LOGAN AUGUST STATEMENT…………………………………………………….6

     a.   Meeting Tiffany………………………………...………………………………9

     b.   My Biggest Attribute…………………………………..…………………………10

     c.   My Biggest Accomplishment…………………………………………………11

     d.   Turning Point…………………………………………….…………………16

     e.   Trying to Make a Correction……………………………………………….19

     f.   The Impact on My Family…………………………………………………22

V.  CONCLUSION…………………………………………………….…………………24

## CASE STATUS

On June 26, 2017, the draft PSI prepared by USPO Megan D. Pascual was lodged (Document 11) with this court.  In that report, Officer Pascual recommended the defendant, Mr. August Logan "be ordered to participate in the location monitoring program for a period of 6 months." (See, draft PSI, Justification, pgs. 17-18).

On July 10, 2017, AUSA Angela Scott filed an Informal Objection seeking a revision to paragraphs 5 and 7 to Logan August's Draft PSI.  Specifically, the Government was seeking to augment a conversation which took place on or about February 25, 2016, between Logan August, Derrick Penney, FBI Special Agent Justin Badger and BPD Detective Yoon.  On July 14, 2016, I responded with a letter informing PO Pascual and AUSA Scott that the defense did not object to the Governments request as we believed a reading of the entire conversation would shed light on their discussion.  In addition to augmenting the debrief conversation, the Government stated its concerns with the application of § 5K2.16.

On July 17, 2017, USPO Pascual filed (Document 14) the Revised PSI which contained the debriefing transcript requested by counsel.  Despite the concerns proffered by the Government as to the sentence, the USPO recommendation, after considering all factual and legal factors, remained at 36 months' probation and that Mr. Logan complete a 6-month location monitoring program.

On July 24, 2017, AUSA Scott filed her sentence memorandum (Document 15).  In it, the Government asks the court to consider imposition of a 9-month sentence.

## DEFENSE SENTENCING REQUEST

The defense respectfully asks this court to follow the sentencing recommendation set forth by USPO Megan Pascual; to wit, 36 months supervision and 6 months participation in the location monitoring program.  As noted in the PSI, the 18 USC § 3553(a) factors listed are as:

- Logan August's voluntary disclosure to law enforcement,

- Acceptance of responsibility prior to the discovery of the offense,

- Overall positive service as a peace officer,

- Family responsibilities, and

- Lack of criminal history, alcohol or drug abuse.

In the event the court believes that a period of incarceration is necessary, the court is asked to consider imposing a 90-days of incarceration and an additional 90 days on the location monitoring program.

## LOGAN AUGUST'S ACKNOWLEDGEMENT OF GUILT

A.   Acceptance of Responsibility

The strength of law enforcement rests upon the shoulders of its leadership and the conviction of line officers to responsibly perform their duties and to maintain the public trust. Regrettably, in the past several years, this court has sat as the sentencing judge in several cases involving police officer misconduct from law enforcement agencies throughout the Eastern District.  As the court is aware, each individual misconduct case is different, however, the one item they serve in commonality is their (the accused's) breach of trust to the community and to the shield they each swore a solemn oath to honor, protect and defend. Once sentenced, law enforcement agencies will continue to function effectively and, if necessary, craft policy changes to avoid officer missteps in the future.  In this regard, Logan August is mindful of the debilitating effect his conduct has on his fellow law enforcement brethren, the shield, and most importantly, the community.

Logan's journey into law enforcement began as a young 19-year-old cadet who was B. placed in a position of leadership at a very early stage in his career.  He was a rising star.  A young deputy who swiftly garnered the respect and confidence of his peers and supervisors because of his unwavering positive attitude, his willingness to volunteer and serve when needed, and his firm desire to go beyond being a street officer.  His dream and passion was to become a member of SWAT and an Undercover Narcotics Team member.  Logan achieved his dream.

Unfortunately, he lost sight of all that was important in life; his honor, dignity and his family. After reviewing AUSA Angela Scott's sentencing memorandum (USSM) with Logan, he solemnly acknowledged that his actions were a "serious breach of the public trust and his betrayal of the honest, hard-working police officers who protect the Kern County Community, and communities nationwide daily." (USSM, pg. 2, lines 6-7) He agreed that his actions were an abuse of power which tarnished the reputation of the KCSO (USSM pg. 6, lines 7, 8) Further, he acknowledge AUSA Scott's assertion that his actions may have placed a strain on the Kern County District Attorney's Office on potential convictions necessitating overturning.

B. The Confession

The defense agrees that Mr. August's voluntary confession was unique in that no charges had been filed. The Government states that his confession was motivated by a belief that Patrick Mara (BPD Officer under investigation) was coming forward to debrief.  To understand Mr. August's motivation to come forward and meet with the FBI, it is important to understand the applicable timeline.

Mr. August began his service with the Kern County Sheriff's Department in 2007.  In the Spring of 2014, Mr. August began removing marijuana from the grows. The taking of marijuana continued up to October 2014.  Mr. August continued his employment with KCSO, until approximately April 2015, when, as Mr. August explained to USPO Pascual, he was overwhelmed with guilt because of his illicit. actions. He realized that he had besmirched the honor and trust of the position he held.  As such, he took comp time away from the office from April through October 2015.  In October 2015, he resigned from the KCSO "to remove himself from the environment from which he committed his crime. "(PSI, ¶58)

Mr. August was hired as a police officer by the Kern High School District in February 2016.  Mr. August's initial contact with the FBI was on February 25, 2016.  At the time Mr. August voluntarily met with the FBI, over 15 months had passed since his involvement with marijuana as a deputy.  Because of information that was well publicized in the Bakersfield

community, Mr. August was aware that Damacio Diaz had come forward and met with federal agents.  It is my understanding, that at that time, there was no guarantee that BPD Officer Pat Mara was going to debrief with law enforcement, nevertheless, Mr. August felt compelled to forward and do what he believed was right.

### LOGAN AUGUST'S STATEMENT



**"The greatest faith is born in the hour of despair, when we can see no hope and no way out, then faith rises and brings the victory."** **Lee Roberson**

*(Note: The following is Logan August written allocution to this court)*

This is a small glimpse into my life growing up and into my current life situation. This is by no means to create sorrow, pity or guilt towards any parties in my life. This is solely to assist the court with a perspective of my background.  Thank you, Your Honor, for your time and patience in reading this letter.

I was born August 7th, 1986 to Steve and Kim August. I was greeted into the world by not only my parents but my older brother Danny Hudson Jr., who was the product of previous marriage of my mother. Because of my parent's rocky and my father's life choices, I have been able to recall a lot of the hard times that were to come shortly after my toddler years. By the age of 3, I clearly remember an extremely aggressive father who was known to be physically and metal abusive

towards my mother daily. I distinctly remember my father telling my mother regularly that he was leaving to the store to purchase food or whatever we needed and him not returning for 3-4 days. During the 3-4-day periods my mother and our family were without a vehicle and would survive off whatever we had in the house to eat.

As I reflect on this time as an adult, I now know that my father was a well-known drug dealer in the Bakersfield community prior to my birth (This makes me cringe at the brief path that I later took in my life) Drug dealing was not the most steady and admirable vocation and it came with him having numerous relationships with women other than my mother during this time. Those relationships allowed him to escape the depressing and needy environment that he helped to create at our house.

During these times, I recall watching my mother begin to create a game plan to get us out of this "Hell Hole" and it started with her seeking the comfort of a relationship with Jesus Christ. She also began researching numerous vocational schools that would help her obtain a career. A career that would help her not only escape an abusive environment but that would help her provide her children with a steady life. This plan was put on hold when she became pregnant with my first little sister Angelica. The birth of Angelica was almost immediately followed with in the next 14 months by birth of my second sister Stevie. This placed the number of responsibilities for my mother at four very active and hungry little children.

During this time of family growth, my biological father Steve began abusing the narcotics that he once sold for our survival. We went from watching our father verbally abuse our mother and neglecting our family to being a family with no money and no food very quickly. I saw my mother develop a relationship with Jesus Christ that became unwavering. My mother took us to Valley Bible Fellowship every single day they had their doors open and this would not change for the remainder of my childhood.

By the time I was 5 years old, I watched my mother, who is my inspiration in life make the most difficult decision in her adult life. She separated from my father while simultaneously entering the Respiratory Therapist program at San Joaquin Valley College. This would prove to not be

easy on numerous fronts. My father was determined on making life for my mother "Hell" and he did just that. My father would attempt to kidnap us from my mother on numerous occasions, he also fabricated numerous false stories to attempt to get her arrested and kicked out of the respiratory program. My father refused to pay my mother any child support and he took all his belongings from the house, leaving my mother and 4 children with absolutely nothing just to spite her for leaving him. My mother never went after my father for child support after leaving him, she knew she was the one who needed to provide for us.

During this period, my mother was working two jobs and attending the respiratory therapist program which obviously meant we had to help by taking care of ourselves from a very early age. My oldest brother, Danny, stepped up to the plate and did his best to help fill the role of being our father. We were responsible for waking up in the mornings, feeding ourselves and getting to school on time. We would all then come home and do whatever little kids would do after school with no supervision until 8 or 9 o'clock at night when my mother would finally come home from a brutally long work and school schedule. I watched my mother day in and day out put herself last so that our small family could have a better life. My mother made it clear to us that "God was her husband" during this time and that he would provide everything we needed that day to survive and that until God told her otherwise she would not try to find a husband.

 

My Mother worked her tail end off during this time and she graduated from the respiratory program and worked at Kern Medical Center for the remainder of my young life with her. My mother's prayers by the time I was twelve years old and he gave her the man of her dreams. My mother married my step father Vincent Guerena, whom I consider my real father due to the love

and hard work he put into our family. He went from being a single young Doctor in residency to a very young Doctor with a wife and four crazy kids in a blink of an eye and he never ran away from us or the unbearable responsibilities that came with us.

Things for our family changed but not as quickly as one would think. My new father brought stability to our family, but due him being a young resident Doctor, we remained a little on the poor side but we did not care because mom was happy. Over the next two years from 12-14 years old, I would develop a true personal relationship with my religion and for the next two years I dove into the youth ministry at our church.

This provided me with purpose during the beginning years of high school. I was always lucky to be blessed with good athletic abilities and a very likable personality, so this meant a lot of the popular kids in school would listen to me and follow me if I directed them. So, I began inviting everyone to church with me my freshman and sophomore year of high school and they would come. So many kids would come with me that we would take up 3 to 4 entire rows of seats in our main sanctuary and we had ourselves a little youth revival.

## MEETING TIFFANY

My Junior year in high school, I started a relationship with my now wife of eleven years, Tiffany. During that time in high school, she was childhood best friends with both of my younger sisters Angelica and Stevie. The relationship continued after I graduated high school. Within the next six months of graduating from high school, I was attending the Bakersfield College Fire Fighter One Academy. Tiffany was in her junior year of high school when she learned that she was pregnant. I received a phone call from Tiffany one afternoon, she was extremely emotional to say the least. She informed me that she was, 1, pregnant, 2, she was going to get an abortion, 3: she hated me and she never wanted to speak to me again. After that phone call, I remember praying and asking for guidance for both Tiffany and I asked for strength to do the right thing. In all honesty, I was relieved at first that she wanted to have an abortion, but I knew what we both needed to do the right thing and have our baby. After a couple days Tiffany finally contacted me back and told me that she decided to keep the child. Over the next 8 months, I worked full time and graduated from the Fire Fighter One Academy which provided

me with the training and credentials to become a full-time firefighter in California. I also asked Tiffany to be my wife. Within the next several months, I obtained a job as a seasonal Fire Fighter for the County of Kern. I worked on average seventy plus hours per week due to an extremely active fire season in the mountains surrounding Bakersfield. During one of my mandatory 48-hour rest periods, I asked Tiffany if she would be ok with getting married at the County Courthouse due to multiple factors but most importantly I wanted her to be married prior to my son being born in August. Tiffany agreed and we were married July 18th, 2006.

On August 29th, 2006 Tiffany gave birth to our son Dayne Tucker August. I had never felt such love for someone or something in my entire life. From that day forward everything I did had so much more meaning and drive behind it. This was the same week that Tiffany started her senior year in high school. The fire season was over and I began working a regular job for a local oil and gas company while pursuing a career in firefighting.

### MY BIGGEST ATTRIBUTE: THE ABILITY TO LEAD

Despite enjoying my position as a fire fighter and the oil fields, I realized that these jobs weren't enough to sustain a family.  As a result, I applied for and was accepted into the Kern County Sheriff's Academy as a "Post Student" and not a paid employee.

From day one I went 100 miles per hours and I was the top physically fit cadet and did everything asked of me and more. My performance impressed my recruit training officers so much that by the end of day 3 they pulled me into their office and offered me a paid position as a Kern County Sheriff's Employee. They informed me that they had never offered any one a paid position this early in the Academy, and they typically wait until the later months prior to graduation. I accepted the position with much relief and excitement because my small family and I had moved back in with my parents for the duration of the Academy knowing I would not be getting paid.

Within two weeks of being in the Academy, at the age of 20, I was appointed class leader. I maintained my class leader position for the remainder of the Academy and I was informed by my

Recruit Training Officers that they had never seen some one do such good job at such a young age.

I graduated in November 2007 and was a sworn Deputy Sheriff at the age of 21. I had grown to love the career choice over my time in the Academy and I began to set my sights on future desired positions in the department. I began my journey of becoming a Recruit Training Officer and SWAT Operator the day I graduated and I would not rest until that happened.

During this time, my small family and I began to grow close together and Tiffany and I rented our first home right next door to my brother Danny.

## MY BIGGEST ACCOMPLISHMENT

To set the context for the next part of my life let me go back to my biological father Steve. Steve became a full-fledged methamphetamine addict after he and my mother separated. He was never a part of our life in any significant way unless he had some sort of benefit to be had. During the years I was growing up, Steve started a relationship with a local drug addict named Lisa. Steve and Lisa had such a toxic relationship based on fighting and drug usage. But they did everything right when it came to making babies and in 1995 they had their first of two daughters, Stormy. Within the next 24 months they were successful once again at making another baby and my sister Savannah was born. Her birth was a special one to me because on this occasion I was visiting Steve and Lisa on a weekend. Steve was coming down from one of his typical week-long meth binges where he would not sleep for an entire week. This meant that once he finally went to sleep he would not wake up from 24 to 48 hours no matter what you did to wake him.

It just so happened that when Steve finally went to sleep, Lisa went into labor with Savannah. I was unable to wake Steve up from an almost comatose like state. After Several attempts, I called my mother Kim who was working at Kern Medical Center at the time and asked if she could take us to the hospital. My mother picked us up while on her way in to work and because I was the only person able to help Lisa, I stayed with her. I not only held her hand during the labor, I was the first person to hold Savannah when she entered the world. I believe I was nine years old

when this happened and I would not change it for the world because Savannah is so special to me.

Let me now jump back to Tiffany and I finally living in our first home and me working a steady job with the Sheriff's Office with a steady pay check. Tiffany and I would make it a point every week to go and find my sisters Stormy who was 11 years old and Savannah who was 9.  No matter where they lived or who the girls lived with, we would take them to church with us. Stormy and Savannah lived a very rough life with both of their parents being addicted to meth. This meant that for the two of them, they had to raise themselves. They lived with random friends of their parents for long periods of time who were also meth addicts. They would typically live in a place for less than 3 to 4 months before they were forced to move to a new location. Stormy and Savannah were not only feeding and clothing themselves as small children but they would make breakfast for the other children in the houses and they would get them ready for school regularly due to all the adults being heavily under the influence of meth.

Every week my desire to take Stormy and Savannah and raise them as my own grew so strong that some nights I would cry myself to sleep with the fear and anxiety of not knowing who was taking care of them or if they were being raped or abused by one of the random drug addicts they lived with.

I finally realized why I chose a career in law enforcement at such an early age and it was to provide a steady income and up-bringing for my sisters and my young family. This grew on my heart so much that one evening while putting my son to bed it brought me to tears and I told Tiffany what I wanted us to raise the girls.

I eventually told my mom of my plan to adopt my sisters.  I was surprised when she told me she did not approve of the idea of Tiffany and I raising the girls. She told me that if I chose to do this that it would more than likely lead to Tiffany and I getting a divorce due to our marriage being so young. Despite my mom's belief, Tiffany and I placed our faith in each other and decided to go forward with what we thought was best.

Tiffany and I spoke to Stormy and Savannah and asked them if they wanted to live with us.  They asked, forever?  We said, yes. Within a year, Tiffany and I (19 and 21 years old, respectively) went from getting married and having one small child to a family of 3. This was a difficult time in our lives and it would get harder as the years would go on. From the first day, they moved in with us things were extremely challenging. Tiffany and I knew that all we wanted to do was provide them with a life that they would not have had but one that would turn into productive citizens with the opportunity to thrive. Our focus was for them to know they were loved and had a steady home. I also made sure that we put them into sports which at first, they were not accustom to. They had absolutely no athletic abilities initially, but as the months and years went on Stormy and Savannah would practice not only with their teams but every single day after they finished their homework. I watched them transform from the girls who sat on the side lines the entire volley ball game to the girls who were scoring the game winning points in valley championship games for their high school.

Within the first year of the girls living with us our family grew once more and we welcomed our second son Keli Cooper August on June 10th, 2009. Now, I was working full time as a patrol deputy on the street of Lamont. I picked up every available over time shift that I could and on average I was working seventy plus hours a week just to keep food on the table and our bills payed which were not getting payed all the time no matter how hard I worked. My relationship with my children and my wife was very strained due to my minimal contact with them. I was assigned to the grave yard shift which meant I slept during the days and worked all night, so any time I would see them I looked like a zombie and I did not always have a good attitude towards them.

Even though things at home were not going the best my work ethic and reputation grew rapidly with in the Sheriff's Department. I was asked to participate in SWAT trainings and I was asked to help with special assignments that help grow my desire to be more involved in the Sheriff's Department.  The overtime was wreaking havoc on my marriage and family life. One summer evening while working in city of Wasco, I broke my ankle. The ankle had to rebuilt using metal plates and screws. I was told I would not recover fully or work for over a year.

During this off time, Tiffany and I joined a couple's bible study and I fell back in love with Jesus and I could repair my marriage and family life. However, my desire to work caused me to work out in the gym daily.  I was told that within six months of my injury the SWAT team would be holding try outs and I was finally eligible with having 2 years on.  Within five and a half months of my injury, I was placed back on active duty working my regular patrol assignment. Within the time SWAT held their tryouts I participated and passed every physically test they had which are known for being some of the hardest in the state of California. I was later voted onto the SWAT Team by a peer review. I was one of the youngest men ever selected on the SWAT Team. I was so proud and excited but I also knew that God had given me the favor I needed and that I was to be held to a higher expectation and lead men to Christ but I fell short of this and did not live up to my part of the commitment.

This was only the beginning of me working hard to achieve and accomplish my worldly goals. But life was still going on at home. While off working, my wife was doing all the hard work on her own. She raised my sisters and my children every single day, taking care of all the food needs, the laundry needs and the school needs and she was the spiritual leader of our household.

In 2011, Stormy graduated from the 8th grade and Tiffany and I were faced with some huge decisions because high school for both Tiffany and I was where we made some of our worst decisions and we were exposed to some of the worst things in our lives and we feared that the girls would not make it in the public-school system. One day, Stormy came into the living room and told us that she had the desire to attend a local Christian high school (Bakersfield Christian).

After discussing this, we were elated that she had made this decision on her own.  However, this was just one of many obstacles for us. Unfortunately, Bakersfield Christian High School is approximately $12,000.00 per year, per child and we were living off one income and not even making it each month with help from my mother or just flat out not paying certain bills.

Fortunately, Bakersfield Christian gave us over $7,000.00 in financial aid for the 2011-2012 school year. At that point, we knew we now had to do our part to come up with the rest of the tuition. I did not know how we would come up with our portion of the tuition, but I knew I

would figure it out somehow. This is also when I became overwhelmed with the financial struggles and I started to internalize the anxiety that came with it. I began to withdraw from conversations about money and our financial wellbeing.  I no longer would talk with Tiffany about how hard it was to make this all happen financially. I did not feel comfortable even going to my family members like my mom or step dad for help. I could see how frustrated my step father would get when he was asked to help my family by loaning us money for groceries or other needs that would come up. It was not because he is a selfish man it was just the way he was wired. Money is not one of is best traits and my step father was always anxious about having anything less than several thousand dollars in his personal account due to him not feeling safe. So, I decided to just pay it whenever we would come across some extra money like during tax season or if we got a uniform allowance on our pay checks.

Stormy finally started her freshman year at BCHS and she thrived there. She played every sport known to man, I am exaggerating but she played every sport she could, Softball, Volleyball, Basketball and Track.  I saw how happy she was and how proud it made me feel as her parent to see her excel as an athlete was amazing. This was also when Tiffany and I realized that we were out of our league. As we started to meet the other family at Bakersfield Christian we realized we were now around some of the most affluent family's not just our town but in the entire valley that we lived in.

These families could give their kids whatever their hearts desired and I know it's not right but that as well placed a huge amount of anxiety on me as a provided because my Stormy and Savannah had older clothing and nothing nice to wear to school. They made due with what they had.

By the start of 2012 Tiffany and I were expecting the newest addition to our family. We waited until the day she was born to find out the sex of the baby and on April 27th, 2012 my beautiful daughter Eden Elise August was born. This completed our young family. Even though Tiffany and I wanted five children of our own when we first got married, we were happy with our current family together.

In the Spring of 2012, We were able to purchase our first house with the help of my sister Angelica who loaned me the $6,000.00 down payment. The house was a little more than

$100,000 but it had the five bedrooms we needed to keep our kids comfortable. Our house was over 60 years old and it was not much to look at but it was ours and we were proud of it even though it was in an extremely bad part of town known for its crime levels being high. By this time Savannah had joined her sister Stormy at Bakersfield Christian High School. Taking our financial responsibility to over $12,000.00 per year, per child. This cost was offset by financial aid we qualified for which was typically half of the regular tuition. We were still responsible for $12,000. My wife also made it a point to have my son, Dayne, who was now entering the kindergarten level attend a local private Christian school that was approximately $5000.00 per year.

I personally knew we were out of our league and unable to afford this scholastic life style but I did not know how to say no. I always wanted my sisters and my children to have a better life style than my wife and I and the fear of letting my wife and family down pushed me further into working as many hours as humanly possible. Like I have continued saying this is not an excuse just me reflecting on areas in my young life I see I could have handled in a more responsible manner like my finances.

## THE TURNING POINT

At this same time in 2012, I was selected for the Sheriff's Office street level narcotics team (CAL-MET). This was another one of my career goals. The year prior to 2012, I told Tiffany that I was going to put all my efforts into becoming a Narcotics Officer because I knew that only the "Best of the Best" cops were handpicked for these teams. I also admired the team camaraderie and the special assignments such as working as an undercover officer, surveillance operations, putting together long term and in-depth narcotics investigation into large illegal organizations. Not only was I now on the narcotics team but I was also thriving as a SWAT Operator. I began taking on more and more responsibility on the team and I was viewed by my fellow operators as well as my supervisors as a guy who could get any job done and get it done right.

This new job now brought a new work schedule into my life that did not tie me down to a specific shift. I was working all days of the week and all hours of the day. We would work all over Southern California area as well which brought such a lack of reality at home for me. With our financial situation at home not going good this caused fighting between Tiffany and I. it

would drive me back to finding a reason to go into work and not deal with our issues at home. I believe my inaction as a husband to correct issues as they came up also helped to create an even bigger problem down the road.

By 2013 I was almost a roommate to my family who would come home late at night and wake up early to go back to work. My only contact with my wife were her calling or texting me to ask if we had money for food or gas and it always turned into a huge fight with her and my children crying. These fights about money made me feel so discouraged and inadequate as a husband and provider. It was completely my fault for not taking action and authority over this part of my life. Once I started separating myself from the family more and more and not going to church or seeking God, I remember my thought processes changing from "God provide for us" to, "how can I make this happen". Once that happened I started using my "work mind" to game plan our daily survival.

By the end of 2013 and start of 2014 I was in a way "Promoted" from the street level narcotics to the major violators unit. We were responsible for handling all major narcotics investigations and all highly sensitive investigations including personnel investigations all the way to coordinating with the United States Secret Service FAST team for the protection of President Obama when he visited Kern County. Now, my career was hitting an all-time high as far as being with the best of the best and being one of the top performers. But you can say the exact opposite for my home life! My financial situation at home had hit all-time lows and I was unable to meet several payment obligations to the schools all the way to Tiffany's friends having to pay for our hotels just so we could attend their wedding that were out of town. Luckily the people at the schools loved my wife and out family and they would go to extreme measures to help us get more and more time to pay off some of our outstanding bills.

I remember in 2013 - 2014 We were down to having one vehicle for our family at the time and it had numerous mechanical issues that would typically put the vehicle out of commission for weeks at time. This caused me to step out of my comfort zone and ask my distant family members to let us borrow a large suburban for the time our car was just sitting at a shop because we could not afford for them even start working on it. On top of mounting financial problems,

Tiffany and I had become so disgusted with each other that we both felt like me staying at the house was not a good idea. I began sleeping at my mother house and visiting my children when I had free time during the week.

These types of regularly occurring financial situation and relationship break downs caused and kept me in a toxic thinking process that I had never had before. I started trying to game plan ways that I could use my position to make some sort of extra income to help my family survive. I could never come up with a situation I felt comfortable with doing but that did not stop me from looking for the right opportunity even though I knew it was wrong and disgraceful. I, being one of the deputies in charge of the large scale clandestine marijuana eradications, saw that there were loop holes in the destruction of the marijuana that was take from the large mountain side gardens and I created a thought process in my weak mind at the time that made me feel; I guess you can say "Ok", with selling the soon to be destroyed marijuana. I say it like that because I was always disgusted with my decision to step over the line of trust and honor. I again thought back and realized I was becoming my father.

I remember now I would have internal conversations with myself try to justify my decisions but I never had a valid argument. I guess the only way I made this bad decision was because I allowed myself to be backed into a dark corner that made me feel like there was no way out. This corner was a self-made dark corner though! A corner that could have been avoided with better spiritual decisions, life decisions, better financial decisions and obviously better moral decisions.

I was now making bad decisions that would impact me and my family forever. To make things worse, I saw my best friend, Derrick Penney, in a bad financial place as well and instead of me encouraging him and helping him find a good solution to his problem, I encouraged him to take part in the same foul acts I was doing to try and keep my family afloat. This is one of my biggest mistakes of my life and I truly led an amazing friend and good man into making a bad decision. I take full responsibility for it and I pray that he and his family can one day forgive me.

//

//

**TRYING TO MAKE A CORRECTION**

After months of internal arguing, I began to take back over in my life little by little. My wife and I joined a new women's Bible study to start to restore our marriage. Within two months of moving out and staying at my mother's house, my wife and I were now friends and it was all because she made changes that I was not even aware she was making. She loved me unconditionally and I could see it and my love for my wife grew more during this time than it ever had. This restored love for my wife helped me to snap out of this fog that I saw myself in. Just as important, my faith in God was restored.

Around this time a good friend of mine from childhood had asked if I wanted to help him open and run a local CrossFit Gym in Bakersfield. This was such an amazing life changing experience because I saw that I could now have a positive impact on people's lives that had nothing to do with law enforcement and I truly found one of my life's passions, I loved sharing the message of living a healthy life style and eating healthy because I saw it help so many people change for the better in so many ways. People who at one point were depressed and self-conscious about their bodies would change so drastically from implementing our instructions to their lives. I hit the ground running with the gym while still maintaining my position with the Sheriff's office but this allowed for me to make one of the next big decisions to start changing my life and correcting myself.

I decided that I needed to make some immediate and drastic changes in my life to start correcting all the wrongs I had done. In spring of 2015, I decided that I needed to remove myself from the Sheriff's office because I was no longer the person who should be there in that position because I had violated the trust of the community. So, I told my wife one weekend that I would not be returning to work and I would eventually resign from my position as a Deputy Sheriff. I was obviously unable to discuss the reasons for this decision with her or anyone else because no one knew what I what I had done but I knew I was making correction in the right direction and the decision I had made felt good.

My resignation from the Sheriff's Office came as a shock to many in the Sheriff's Office as well as to my friends and family. People always saw the amount of success I had as a Deputy Sheriff and I don't think they could see me no longer being a Deputy. But like I said I could not tell people why I was really wanting to leave. Because I was ashamed and I knew I no longer belonged there. But this was such a healthy decision for me and I dove into owning and running the CrossFit Gym.

My love and desire to use my gym as a platform to carry out philanthropic endeavors increased and in fall of 2015 I had organized my very first fund raiser. This fundraiser was very close to my heart because it was a former SWAT partner who I could help. Darren Wonderly and his wife Katie Wonderly a local teacher. Their oldest daughter Kimber who was born with a sever disability has been unable to perform the simplest of human tasks.

Kimber is confined to a wheel chair and she is 100% reliant on her partner to meet her every day needs. As Kimber has grown so has the medical needs and the logistical needs of her transportation. I knew based on the amount of financial problems I personally had that things could not be easy for he and his wife and I had spoken with him about his specific needs to purchase and outfit a new van to help transport her around as she continued to grow.

So, I personally organized a weight lifting event. The event was called "lifting up Kimber" and it had over thirty competitors and hundreds of spectators participating and raising money at my CrossFit Gym. I was able to present Darren Wonderly and his young family with over $24,000.00 dollars to use as they needed to outfit their very own van. This is by no means to glorify me and what I did this is a story to show that God can use someone who has messed up so many time like me to bless an amazing family just by listening and taking action in the right way.

This helped me to see where God was now leading me. I then partnered with the Bakersfield Alzheimer's Association in winter of 2015 to help organize and hold a weight lifting events to raise money for their organization. We held a numerous events at my gym for the Alzheimer's

Association in the early part of 2016 and I believe we were responsible for raising $3,000 to $6,000 for them alone. This event helped me see the potential we had to continue giving back to the community of Bakersfield so I asked approximately 8 members of my now large gym which consisted of approximately 200 members to form a committee specifically for philanthropic endeavors at my gym. The committee was called "KC Cares" named after my gym "KC CrossFit".

With this new committee being formed, we hit the ground running even faster than ever. By the Spring of 2015 we were doing something almost every weekend in the Bakersfield area, all the way from feeding the local homeless community with our own money and food to weekly visits to numerous retirement homes where we would play game, converse and even help paint and upgrade the facility. I knew that God had given me the strength and ability to facility and encourage large amounts of people in the Bakersfield community to give back and enjoy doing at the same time.

Around this same time, I was contacted by Derrick Penney and informed that his close friend Patrick Mara was going to come forward and be truthful about his involvement in an ongoing corruption investigation regarding himself and a fellow Bakersfield Police Officer. Mara also informed Derrick that he would be informing the FBI about his involvement with our illegal actives that he provided assistance with. Obviously Derrick and I were extremely scared and nervous because we had both tried to move past this event and specific time in our life but now we were going to see how we would react when thing truly got tough.

I told Derrick that I wanted the FBI to hear about our involvement from our own mouths and that we needed to cooperate with them 100% from the beginning. I told Derrick that we should "owns this mess up" and Derrick agreed with me and never said anything different. That same morning Derrick came and picked me up from my house and we drove straight to the FBI building in Bakersfield. We informed the agents at the office that we wanted to talk with them about our involvement in the investigation. Without any representation Derrick and I finally started the true healing process and we took full responsibility for all our actions.

This was a huge week for me personally because I now had to see if I was really a new man. I personally felt like I could live a depressed and condemned life because I knew this would be the most embarrassing thing in the world for so many people, my wife, my family, my friends, local law enforcement, and any one associated with me. This was the excuse I needed to finally become the dead-beat dad I had always feared being and the alcoholic and abusive husband but like I said in the beginning God has always had his hand all over my life.

I owned up to what I did and I also continued doing fundraising work through my gym. We partnered with numerous philanthropic groups over the summer of 2016 like the "Give 5" organization geared for raising money for the local autistic children, "Barbells for Boobs" a national breast cancer awareness group that specifically raises money for providing mammograms and prescreening for breast cancer.  In October of 2016, our gym was responsible for raising over $12,000 that went towards breast cancer awareness.

In December 2016, the Lymphoma society nominated me for "The Man of The Year". This is a competition for local men and women who are known for their philanthropic endeavors to raise money for Lymphoma research and treatment in the Bakersfield community. I excepted the nomination with all intentions to raise as much money as humanly possible because God has given me such a love and passion for giving back to people in need. But after several months of extreme thought and prayer I finally withdrew from the competition due to the embarrassment that could have been brought on to them by my involvement. That was one of the hardest things I ever had to do because I know I could have made a huge impact by raising a ton of money for the men and women that fall victim to Lymphoma each year. I have made it a personal goal of mine to restore myself one day soon so that I can hold my head up high and be asked to participate in the competition and make a huge difference.

## THE IMPACT ON MY FAMILY

In the past two years God has restored my family and I am more than blessed. My children, Dayne, Keli and Eden are all being home schooled by Tiffany and she does such an amazing job. Stormy and Savannah have both graduated high school. Savannah applied for the University of

Alabama in 2015 and was accepted. She did her freshman year there and in the summer of 2016 she decided to join the United States Navy. In April of 2017 Savannah graduated from her basic training and she is currently assigned to the U.S.S Ronald Regan and she is sitting off the coast of North Korea.

Stormy Attended Bakersfield College for the first two years after she graduated high school. Stormy has now become a certified personal training and works with me on a regular basis helping change people's lives.

I have recently been asked several times "What would you change about this situation"? And please do not take this the wrong way when I tell you like I have so many other, I would not change anything about the last ten years of my life or the present circumstance I am dealing with for world! I can say that with confidence and a thankful heart because I would not love my wife or be the husband I am now if I had not had to endure and travel through this trial which was brought on by this bad decision.

Your Honor, if I am sentenced to probation, I will continue diving into the Valley Bible Ministries such as "Adopt a Block", "The Prison Ministry" writing letters of encouragement to men who are in prison, " The Prayer Team" of which I am currently working with and so many other ones that my wife is also involved with like the children ministries, women's Bible study and children worship, Tiffany and my kids also spend every Monday and Friday with the elderly men and women of Brookdale retirement home due to them being home schooled . I have a personal goal of continuing my philanthropic endeavors and helping the "Bar Bell for Boobs" this upcoming year and jumping back into the "lymphoma society's Man of the year". I want to help raise as much money as possible of the 2018 campaign even if I am a support roll for someone else.

I have grown so much as an entrepreneur and I have truly found my passion in the fitness and health industries.  One of my driving factors from the start of coming forward and being cooperative with the FBI was to show my children how to own up for your mistake and wrong doings and to handle it with integrity and honesty no what the outcome is. I want them to see me

and my wife walk through this fire and come out on the other side with so much love and passion for life that they will never be afraid of life and what it will throw at them.

I hope the court can see my true sincerity when I say that I am sorry to all the men and women who serve in law enforcement and their families, because my actions do not represent the amount of commitment and selflessness they all put into their communities daily. I will forever live a life dedicated to bettering my family, community and country no matter what the outcome is.

## CONCLUSION

This court has been provided a significant amount of information to consider in rendering a fair and just sentence.  The guideline recommendation in this case is 10 months to 16 months. The PSI recommendation is 36 months supervision with 6 months location monitoring and the Government is seeking a 9-month sentence.

Based upon the foregoing, the court is asked to adopt the PSI recommendation.

Dated: August 3, 2017                                    */s/David A. Torres*_____
                                                        David A. Torres
                                                        Attorney for Logan August